## COOPER, Assignee, v. LOFTIS.

Supreme Court.   Kent.   March, 1797.

*Bayard's Notebook, 186.*

In this case it was ruled by the Court that if an executor pay or deliver a sum of money or chattel to a person immediately entitled to the possession, he or his securities were not liable afterwards to any person claiming a future or contingent interest in the same property.

*Ridgely* for plaintiff.   *Miller* and *Bayard* for defendant.